UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

CHANGE OF PLEA MINUTES

Date: 5\29\18
Case No.: 18CR42
United States v. David Eggleston

Dep. Clerk: Deitrich
Ct. Reptr.: Avery
Time Called: 10:53
Time Concluded: 10:57

United States by: Scott Campbell
Probation Officer: Lakeasha Mallett
Interpreter: _____ ☐ Sworn

Deft. David Eggleston in person, and by Attorney Anthony Cotton

---

✓ Plea agreement filed

___ Information filed

___ Waiver of indictment filed

Defendant pleads __guilty__ to Count(s) ___1___ of the (Indictment)
                                                     Information

✓ Adjudged guilty
✓ Presentence report ordered

Sentencing date set for __1:30__ a.m (p.m.) __9\21\18__

___ Defendant remanded to custody of U.S. Marshal
✓ Bond continued / ~~set~~
   ___ with conditions as follows: