UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                        Case No. 18-CR-42

DAVID R. EGGLESTON,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE
---

Upon consideration of the United States' Motion for Entry of a Preliminary Order of Forfeiture under Rule 32.2 of the Federal Rules of Criminal Procedure, Defendant David R. Eggleston's entry of a guilty plea to the Indictment, the terms of Defendant David R. Eggleston's plea agreement, and the parties' Stipulation Regarding Loss Amount, Restitution, and Asset Forfeiture Issues and for Entry of Preliminary Order of Forfeiture,

IT IS HEREBY ORDERED that the United States' motion for entry of a preliminary order of forfeiture be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that a money judgment of forfeiture in the amount of $363,435, be, and hereby is, entered against Defendant David R. Eggleston.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the Defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 6th day of November, 2018.

                                                                 s/Lynn Adelman
                                                                  HONORABLE LYNN ADELMAN
                                                                  United States District Judge