UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

REVOCATION HEARING MINUTES

Date: 12/21/18
Case No.: 18CR42
United States v. David Eggleston

Dep. Clerk: SD
Ct. Reptr.: Sue
Time Called: 1:52
Time Concluded: 2:07

United States by: Scott Campbell
Probation Officer: Daniel Saviasta
Interpreter: ☐ Sworn

Deft. David Eggleston in person, and by Attorney Donna Kuchler

Witnesses:

The defendant:

☒ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date of Violation |
| --- | --- | --- |

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

☐ The court revokes defendant's supervision.

☐ The court modifies defendant's conditions as follows:

Court admonishes defendant to comply. Court allows travel to San Jose, CA from 12/23-27.